UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENATO RICO,<br><br>    Plaintiff,<br><br>v.<br><br>JAVIER R. LOMELI;<br>DORA A. LOMELI; and Does 1-10<br><br>    Defendants. | Case: 2:17-CV-05706-SVW-JEM<br><br>**ORDER**<br><br>JS-6 |

**ORDER**

Pursuant to F.R.CIV.P.41 (a)(2), the entire case is hereby ordered dismissed with prejudice.

Dated: September 20, 2017

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT COURT JUDGE

1